**Ralph MATTHEWS, Plaintiff–Appellant,**

v.

**Thomas E. WHITE, Secretary of the Department of the Army, Defendant–Appellee.**

**No. 03–1025.**

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

Ralph Matthews, Appellant Pro Se. Rachel Celia Ballow, Office of The United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Ralph Matthews appeals the district court's order entering partial judgment in favor of the Defendant on his racial discrimination claim and dismissing Matthews' retaliation, hostile work environment, and wrongful termination claims, in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Matthews v. White,* No. CA–02–568 A (E.D. Va. filed Nov. 12, 2002; entered Nov. 15, 2002). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*